818 A.2d 1285

**JAMES J. GORY MECHANICAL CONTRACTING, INC., Respondent,**

v.

**PHILADELPHIA HOUSING AUTHORITY, Petitioner.**

Supreme Court of Pennsylvania.

March 11, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of March, 2003, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issues:

1.  Whether the statutory language of the Housing Authorities Law, 35 P.S. § 1550, necessitates the conclusion that the Philadelphia Housing Authority is an agency of the Commonwealth in light of this Court's holding in *Marshall v. Port Authority of Allegheny County,* 524 Pa. 1, 568 A.2d 931 (1990), as well as the *per curiam* order in *City of Philadelphia v. Philadelphia Parking Authority,* 568 Pa. 430, 798 A.2d 161 (2002).

2.  Whether jurisdiction in the instant case lies with the Commonwealth Court under 42 Pa.C.S. § 761(a) or with the Board of Claims under 72 P.S. § 4651–4.